SIROTA, Respondent, v. DORNBUSH, Appellant. GOODMAN, Respondent, v. SAME, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Actions by Isidor Sirota and by Sol. Goodman against Louis Dornbush.

PER CURIAM. Motions to dismiss appeals denied, on condition that the defendant secure the respondents by undertakings upon appeal, place cases on the March calendar of this court, and be ready for argument when reached; otherwise, motions granted, with $10 costs.

In re SMITH. (Supreme Court, Appellate Division, First Department. February 17, 1911.) In the matter of Carroll F. Smith, as treasurer, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.